No. 01–10694. LYNCH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–10695. ADAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–10696. TURAN v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 01–10697. TYLER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 01–10698. KING v. TRIPPETT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–10699. BARAJAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–10700. BOWENS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10701. BURNS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10702. DONALD v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 01–10703. RODRIGUEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10704. SINKFIELD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10705. ROMERO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–10706. ROSS v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–10707. GRAVES v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 01–10708. FRENCH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10709. HODGE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.